RANKIN FUNERAL HOME, INC., Respondent, *v.* RHODE ISLAND INSURANCE COMPANY, Appellant, Impleaded with Others. (Action Nos. 1 and 2.)

RANKIN FUNERAL HOME, INC., Respondent, *v.* UNITED FIREMEN'S INSURANCE COMPANY OF PHILADELPHIA, Appellent, Impleaded with Others. (Action No. 3.)

Argued January 19, 1937; decided March 9, 1937.

*Harry Z. Harris* for appellants.

*Heiby W. Ungerer* for respondent.

In each case, judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.